by J. Frederick Hoefle against Annie Hallanan. F. Bien, for appellant. H. C. Allen, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed.

HOLLANDER v. BLAUSTEIN. (Supreme Court, Appellate Division, First Department. February 11, 1910.) Action by David Hollander against Sam Blaustein. With this case has been consolidated in this court cases bearing titles as follows: Metropolitan Life Ins. Co. v. Leo Feinberg; Henry C. Meyer v. Spangenberg & McLean Company; Solomon May v. Frank Breunig et al. (see, also, 120 N. Y. Supp. 98); Wyckoff, Church & Partridge v. Lansden Company (see, also, 112 N. Y. Supp. 1052). No opinions. Applications to appeal from Appellate Term denied, with $10 costs. Orders signed.

HOLLISTER, Respondent, v. BARKER, Appellant. (Supreme Court, Appellate Division, First Department. February 4, 1910.) Action by Frank C. Hollister against Charles B. Barker. A. F. Servin, for appellant. C. A. Flammer, for respondent. No opinion. Judgment and order affirmed, with costs. Order filed. See, also, 131 App. Div. 934, 116 N. Y. Supp. 1138.

HOLLOWAY, Respondent, v. LUND, Appellant. (Supreme Court, Appellate Division, Fourth Department. February 2, 1910.) Action by Barbara Holloway against James N. Lund. No opinion. Judgment and order affirmed, with costs.

HOLT, Appellant, v. HOPKINS, Respondent. (Supreme Court, Appellate Division, First Department. February 4, 1910.) Action by Elise H. M. Holt against Franklin W. Hopkins. H. Hasbrouck, for appellant. A. Opdyke, for respondent. No opinion. Judgment (63 Misc. Rep. 537, 117 N. Y. Supp. 177) affirmed, with costs. Order filed.

HUNT v. CITY OF NEW YORK et al. (Supreme Court, Appellate Division, First Department. February 4, 1910.) Appeal from Trial Term, New York County. Action by Isabella Hunt against the City of New York and another. From a judgment dismissing the complaint at the close of plaintiff's case, plaintiff appeals. Affirmed. Myron Sulzberger, for appellant. Loyal Leale, for respondent City of New York. Theodore H. Lord, for respondent Baylis.

PER CURIAM. The only cause of action which the plaintiff had against the individual defendant was one not alleged in the complaint, and there was no evidence of negligence against the city. The judgment, therefore, should be affirmed, with costs to each of the respondents.

HURD, Respondent, v. INTERNATIONAL RY. CO., Appellant. (Supreme Court, Appellate Division, Fourth Department. March 9, 1910.) Action by Harrietta Hurd against the International Railway Company. No opinion. Judgment and order affirmed, with costs.

ISAACS et al., Respondents, v. HAINES REALTY CO., Appellant. (Supreme Court, Appellate Division, First Department. February 4, 1910.) Action by Louis M. Isaacs and others against the Haines Realty Company. B. G. Oppenheimer, for appellant. L. G. Rosenblatt, for respondents. No opinion. Judgment and order affirmed, with costs. Order filed.

ISRAEL v. BLOCH. (Supreme Court, Appellate Term. February 24, 1910.) Appeal from Municipal Court, Borough of Manhattan, Eighth District. Action by Samuel A. Israel against Laura Bloch. From a judgment for defendant, plaintiff appeals. Reversed, and new trial ordered. M. S. Schector, for appellant. Kauffman, Herzberg & Finkler, for respondent.

SEABURY, J. Plaintiff sues to recover commissions earned as a broker in procuring a loan upon premises owned by the defendant. The plaintiff proved that he was employed by the attorney for the defendant to act as broker. The defendant admitted that her attorney was authorized to act for her in this matter. It was conceded upon the trial that the plaintiff procured a lender ready and able to make the loan which the plaintiff had been authorized to secure. The learned trial court dismissed the complaint, upon the ground that it was understood between the parties that the plaintiff should not be authorized to act as broker without written authority. There was no evidence to sustain this view. Judgment reversed, and a new trial ordered, with costs to the appellant to abide the event. All concur.

JACKSON, Appellant, v. BOARD OF EDUCATION, Respondent. (Supreme Court, Appellate Division, First Department. February 4, 1910.) Action by Mary C. Jackson against the Board of Education. S. I. Frankenstein, for appellant. T. Connoly, for respondent. No opinion. Judgment affirmed, with costs, with leave to plaintiff to amend on payment of costs. Order filed.

JACKSON v. ROSENBROCK et al. (Supreme Court, Appellate Division, Second Department. March 4, 1910.) Action by Mary Ann Jackson against Sarah Maria Rosenbrock and others, in which Samuel Matthews appeals.

PER CURIAM. Order appealed from affirmed, in so far as to grant the reargument of the motion, and reversed, with $10 costs and disbursements, in so far as it grants the original motion, on the ground that, while the prior order of October 14, 1909, remains unvacated, the Special Term should not make an order denying the original motion. The whole matter is remitted to the Special Term, to be disposed of on the reargument of the motion.